[No. 4410–II.   Division Two.   July 1, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JIM
BECK, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific
County, No. 2137, Herbert E. Wieland, J., entered
November 2, 1979. *Affirmed* by unpublished opinion per

Reed, C.J., concurred in by Pearson and Petrie, JJ.